
1 NICOLE M. HAMPTON
Nevada Bar No. 16090
2 nhampton@lawhhp.com
CHRISTINE M. EMANUELSON
3 Nevada Bar No. 10143
cemanuelson@lawhhp.com
4 HINES HAMPTON PELANDA, LLP
400 S. 4th Street, Suite 500
5 Las Vegas, NV 89101
Phone: (714) 513-1122
6 Fax: (702) 947-6757

7 Attorneys for Defendant,
**MERCURY CASUALTY COMPANY**

8
PAUL A. SHPIRT, ESQ.
9 Nevada Bar No. 10441
ps@stevedimopoulos.com
10 DIMOPOULOS INJURY LAW
6671 South Las Vegas Blvd., Ste. 275
11 Las Vegas, NV 89119
P: (702) 800-6000
12 F: (702) 224-2114

13 Attorneys for Plaintiffs,
**TRIANTAFYLLOS KOLETSIS** and
14 **DOMINIQUE SHADI ADELI**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRIANTAFYLLOS KOLETSIS, individually; and DOMINIQUE SHADI ADELI, individually<br><br>Plaintiffs,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY d/b/a MERCURY INSURANCE; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.:  **2:24-cv-01282-CDS-MDC**<br><br>**STIPULATION AND ORDER TO CONTINUE THE PARTIES' DEADLINE TO FILE A DISCOVERY PLAN/SCHEDULING ORDER TO OCTOBER 7, 2024** |

1

1  Plaintiffs Triantafyllos Koletsis and Dominique Shadi Adel ("Plaintiffs"), through their counsel Dimopoulos Injury Law, and Defendant Mercury Casualty Company ("Defendant"), through its counsel Hines Hampton Pelanda LLP, submit the following Stipulation for an order continuing the parties' deadline to file their Discovery Plan/Scheduling thirty (30) days from September 7, 2024, to October 7, 2024.  This is the parties' first continuance request.

2.  1.  Pursuant to the July 24, 2024 Notice of Electronic Filing ("NEF") generated by the filing of Defendant Mercury Casualty Company ("Mercury") Answer to Complaint with Jury Demand, the parties' Federal Rules of Civil Procedure 26 Discovery Plan/Scheduling Order is due by September 7, 2024. [ECF Doc. 9].

3.  2.  On August 20, 2024, counsel for the parties, Paul Shpirt and Christine Emanuelson, held a telephone conference pursuant to Federal Rules of Civil Procedure 26(f) and Local Rule 26-1.  Pursuant to this conference, the parties have commenced and are currently meeting and conferring on the possibility of moving Plaintiffs' claims at issue in this action into arbitration.

4.  3.  So as to allow the parties additional time to meet and confer on whether the parties can reach a mutually agreeable agreement to arbitrate the claims at issue in this matter, the parties' stipulate to and seek a short thirty (30) day continuance to October 7, 2024, to prepare and file a Discovery Plan/Scheduling Order.

5.  4.  There are no motions or other matters currently pending before the Court.

For these reasons, the Parties jointly request that the Court enter an order giving effect to their agreement and enter a new due date of October 7, 2024, for the parties to file their

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

Discovery Plan/Scheduling Order.

    IT IS SO STIPULATED.

Dated:  August 29, 2024          **HINES HAMPTON PELANDA LLP**

                         By:    */s/ Christine M. Emanuelson*
                                 Christine M. Emanuelson
                                 Attorney for Defendant,
                                 MERCURY CASUALTY INSURANCE COMPANY

Dated:  August 29 2024           **DIMOPOULOS INJURY LAW**

                         By:    */s/ Paul A. Shpirt*
                                 Paul A. Shpirt, Esq.
                                 Attorney for Plaintiffs,
                                 TRIANTAFYLLOS KOLETSIS and
                                 DOMINIQUE SHADI ADELIA

<u>ATTESTATION OF CONCURRENCE IN FILING</u>

    I hereby attest and certify that on August 29, 2024, I received concurrence from Plaintiffs' counsel, Paul Shpirt, to file this document with his electronic signature attached.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 29, 2024.

                                 **<u>ORDER</u>**

**IT IS SO ORDERED.**

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

                                 DATED: 09-03-24

3