NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
cemanuelson@lawhhp.com
HINES HAMPTON PELANDA, LLP
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Fax: (702) 947-6757

Attorneys for Defendant,
MERCURY CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRIANTAFYLLOS KOLETSIS, individually; and DOMINIQUE SHADI ADELIA, individually<br><br>Plaintiffs<br><br>vs.<br><br>MERCURY CASUALTY COMPANY d/b/a MERCURY INSURANCE; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant | Case No.:  2:24-cv-01282-CDS-MDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), Plaintiffs TRIANTAFYLLOS KOLETSIS and DOMINIQUE SHADI ADELIA ("Plaintiffs"), and Defendant MERCURY CASUALTY COMPANY (collectively, the "Parties"), by and through their respective counsel, having entered into an agreement to arbitrate Plaintiffs' respective insurance claims at issue in this matter, hereby stipulate and request that the entire action be dismissed in its entirety, including all claims that were or could have been asserted herein, with prejudice.  Each party will bear their own costs and attorneys' fees.

/ / /

This case has not been scheduled for trial.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 1, 2024

**DIMOPOULOS LAW FIRM**

By: */s/ Paul A. Shpirt*
Paul A. Shpirt
Attorneys for Plaintiffs,
TRIANTAFYLLOS KOLETSIS and
DOMINIQUE SHADI ADELIA

Dated: October 1, 2024

**HINES HAMPTON PELANDA LLP**

By: */s/ Christine M. Emanuelson*
Christine M. Emanuelson
Attorneys for Defendant,
MERCURY CASUALTY INSURANCE
COMPANY

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE

Dated:  October 2, 2024